UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| ERICA T. BROOKS | ) |
| *Plaintiff*, | ) |
| v. | ) No. 1:05-CV-328 |
| INVISTA (KOCH INDUSTRIES) | ) Chief Judge Curtis L. Collier |
| *Defendant.* | ) |

## **ORDER**

For the reasons stated in the accompanying memorandum, the Court **GRANTS** Defendant Invista's ("Defendant") motion for summary judgment (Court File No. 10). However, because Defendant did not properly move for summary judgment on Plaintiff Erica T. Brooks' Title VII retaliatory discharge claim, it will proceed to trial, and the Court **RESERVES RULING** on whether Defendant should be awarded attorneys' fees.

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**