UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| ERICA T. BROOKS | ) |
| *Plaintiff*, | ) |
| v. | ) No. 1:05-CV-328 |
| INVISTA (KOCH INDUSTRIES) | ) Chief Judge Curtis L. Collier |
| *Defendant*. | ) |

## ORDER

For the reasons stated in the accompanying memorandum, the Court **GRANTS** Defendant's motion for summary judgment (Court File No. 33).[1] Moreover, since the Court finds all of Plaintiff's claims were frivolous, the Court **GRANTS** Defendant's motion for attorneys' fees in defending Plaintiff's Title VII claims. However, because there is no proof Plaintiff brought her TPPA retaliatory discharge claim for an improper purpose, Defendant is not entitled to attorneys' fees in defending that claim. This matter is **REFERRED** to the magistrate judge for a determination of the amount of attorneys' fees.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] Although this document is docketed as a memorandum in support of a motion for reconsideration, the Court granted Defendant's request to construe it as a motion for summary judgment (*See* Court File No. 36).