UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| ERICA T. BROOKS, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:05-CV-328 |
| | ) | |
| INVISTA (KOCH INDUSTRIES), | ) | Chief Judge Curtis L. Collier |
| | ) | |
| Defendant. | ) | |

## ORDER

On July 15, 2007, United States Magistrate Judge Susan K. Lee filed a report and recommendation ("R & R") in this case, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(a) (Court File No. 63). Erica T. Brooks filed a timely objection within the given ten (10) days, and Invista filed a response on July 13, 2007 (Court File Nos. 64, 65).

After reviewing the record, for the reasons stated in the accompanying memorandum this Court agrees with the R&R. This Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations. The question of whether the award should be reduced to reflect Plaintiff's ability to pay is **REFERRED** to the Magistrate for a report and recommendation.

**SO ORDERED.**

**ENTERED:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**